# ATTACHMENT 1

# THIS WAS FILED UNDER SEAL AND REMAINS CONFIDENTIAL