# ATTACHMENT 2

# THIS WAS FILED UNDER SEAL AND REMAINS CONFIDENTIAL